```
                        United States Bankruptcy Court
                          Middle District of Florida
In re:                                                            Case No. 12-00665-ABB
Nabil Dajani                                                      Chapter 7
      Debtor
                              CERTIFICATE OF NOTICE
District/off: 113A-6         User: lscott              Page 1 of 3         Date Rcvd: May 03, 2012
                             Form ID: 67ord06          Total Noticed: 23
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2012.
```
db          #+Nabil Dajani,    7572 Somerset Shores Court,    Orlando, FL 32819-7256
21522457     +Americas Servicing Co,    Attention: Bankruptcy,    Po Box 10328,    Des Moines, IA 50306-0328
21522458     +Bank Of America,    Attention: Recovery Department,    4161 Peidmont Pkwy.,
               Greensboro, NC 27410-8110
21522459     +Chase,   P.o. Box 15298,    Wilmington, DE 19850-5298
21522460     +Chase Bank Usa, Na,    Po Box 15298,    Wilmington, DE 19850-5298
21522461     +City Ntl Bk/Ocwen Loan Service,    Attn: Bankruptcy,    1661 Worthington Rd. Suite 100,
               West Palm Beach, FL 33409-6493
21522464     +Credit Management Lp,    4200 International Pkwy,    Carrollton, TX 75007-1912
21522455      Florida Department of Revenue,    Bankruptcy Unit,    Post Office Box 6668,
               Tallahassee FL 32314-6668
21522466    #+Grand Oaks Village,    425 W Colonial Dr Ste 201,    Orlando, FL 32804-6863
21522468     +Orange County Tax Collector,    Earl K. Wood,    P.O. Box 545100,    Orlando, FL 32854-5100
21522469     +Pcs,   Po Box 149281,    Orlando, FL 32814-9281
21522470     +Preferred Collection &,    Preferred Group of Tampa,    Po Box 2964,    Tampa, FL 33601-2964
21522471     +Premier Fin,    5312 Brainerd Rd,    Chattanooga, TN 37411-5327
21522473     +Santander Consumer Usa,    8585 N Stemmons Fwy Ste 1100-N,    Dallas, TX 75247-3822
21522474      Sentry Management,    2180 W. State Road 434,    Suite 500,    Longwood, FL 32779-5044
21522476     +Sunrise Credit Service,    260 Airport Plaza,    Farmingdale, NY 11735-3946
21522477     +Trident Asset Manageme,    5755 Northpoint Pkwy Ste,    Alpharetta, GA 30022-1142
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21522462     +E-mail/Text: bankruptcy_notifications@ccsusa.com May 04 2012 01:50:00
               Credit Collection Service,    Po Box 9136,    Needham, MA 02494-9136
21522463     +E-mail/Text: bankruptcy_notifications@ccsusa.com May 04 2012 01:50:00     Credit Collections Srv.,
               Po Box 9134,    Needham, MA 02494-9134
21522465     +E-mail/Text: bknotice@erccollections.com May 04 2012 03:14:09     Enhanced Recovery Corp,
               Attention: Client Services,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
21522456      E-mail/Text: cio.bncmail@irs.gov May 04 2012 01:00:24     Internal Revenue Service,
               Post Office Box 7346,    Philadelphia PA 19101-7346
21522454     +E-mail/Text: Bankruptcy@octaxcol.com May 04 2012 01:31:07     Orange County Tax Collector,
               Attn:  Earl K. Wood,    Post Office Box 2551,    Orlando FL 32802-2551
21522472     +E-mail/Text: rjm@ebn.phinsolutions.com May 04 2012 01:32:31     Rjm Acq Llc,
               575 Underhill Blvd Ste 2,    Syosset, NY 11791-3426
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21522467       IRS
21522475    ##+Sovereign Bank,   865 Brook St,    Rocky Hill, CT 06067-3444
                                                                                   TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 113A-6          User: lscott               Page 2 of 3                    Date Rcvd: May 03, 2012
                              Form ID: 67ord06           Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 05, 2012**            **Signature:** _/s/ Joseph Speetjens_

```
District/off: 113A-6            User: lscott               Page 3 of 3            Date Rcvd: May 03, 2012
                                Form ID: 67ord06           Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2012 at the address(es) listed below:

        Jessica R Mayer    on behalf of Debtor Nabil Dajani jessica@jmayerlaw.com
        Lori  Patton, Trustee    trustee@trusteepatton.com, lpatton@ecf.epiqsystems.com
        United States Trustee - ORL7/13    USTP.Region21.OR.ECF@usdoj.gov

                                                                                                TOTAL: 3

**[67ord06]** [ORDER GRANTING TRUSTEE'S MOTION TO DISMISS]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  
Case No. 6:12−bk−00665−ABB  
Chapter 7

Nabil Dajani  
7572 Somerset Shores Court  
Orlando, FL 32819

_____Debtor(s)_____/

ORDER GRANTING TRUSTEE'S MOTION TO DISMISS
BANKRUPTCY CASE AFTER DUE NOTICE TO ALL PARTIES

   THIS CASE came on for consideration upon the Trustee's Motion to Dismiss Bankruptcy Case and Opportunity for Parties in Interest to Object, and the Court, having considered the record finds that:

   1. The Trustee's Motion to Dismiss was filed on April 10, 2012, (Document No. 14).

   2. Notice of Trustee's Motion was properly served by the clerk's office on all creditors and interested parties.

   3. The twenty−one (21) day response period as stated in the Notice has expired without any objection or request for hearing having been filed by the debtor, creditor or any party in interest.

   4. No Discharge of debts was entered in this case.

   Accordingly, it is

   ORDERED:

   1. The Trustee's Motion to Dismiss is granted.

   2. The case is dismissed.

    3. The automatic stay imposed by 11 U.S.C. §362 is lifted and the filing of this case no longer acts as a stay against collections and other actions against the debtor and the debtor's property.

    DONE AND ORDERED on May 3, 2012

_____
Arthur B. Briskman
United States Bankruptcy Judge